| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ZEV SHECHTMAN (BAR NO. 266280)<br>Zev.Shechtman@saul.com<br>CAROL CHOW (BAR NO. 169299)<br>carol.chow@saul.com<br>TURNER N. FALK (Admitted pro hac vice)<br>turner.falk@saul.com<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone: (310) 255-6100<br>Facsimile: (310) 255-6200<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Daniel Halevy | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Daniel Halevy<br><br>                                                                                          Debtor(s). | CASE NO.: 2:24-bk-12075-VZ<br>CHAPTER: 11<br>ADVERSARY NO.: 2:24-ap-1155-VZ |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK<br><br>                                                                                          Plaintiff(s),<br>vs.<br><br>DANIEL HALEVY<br><br>                                                                                          Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion*[1]): _____<br>STIPULATED TOLLING AGREEMENT<br>_____ |

PLEASE TAKE NOTE that the order or judgment titled  ORDER APPROVING STIPULATED TOLLING AGREEMENT

was lodged on (*date*) July 17, 2024  and is attached. This order relates to the motion which is docket number 6.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                          Page 1                          F 9021-1.2.ADV.NOTICE.LODGMENT