ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
TURNER N. FALK (Admitted pro hac vice)
turner.falk@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Daniel Halevy
Individual Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>DANIEL HALEVY,<br><br>Debtor and Debtor in Possession. | Case No. 2:24-bk-12075-VZ<br><br>Adv. No. 2:24-ap-01155-VZ<br><br>Chapter 11 |
| AMERICAN EXPRESS NATIONAL BANK,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL HALEVY,<br><br>Defendant. | **ORDER APPROVING STIPULATED TOLLING AGREEMENT** |

Plaintiff American Express National Bank and defendant-debtor Daniel Halevy, having submitted their stipulation to toll all case events and set a status conference pending confirmation of a plan (the "**Stipulation**"), and good cause appearing therefor, it is hereby

**ORDERED THAT**

1.    The Stipulation is approved.

2.    All case events and deadlines in this case are tolled until further order of this Court, except as provided by the Order.

52656027.1 07/17/2024

3.      A status conference in this case is set for Thursday, January 9, 2025 at 10:30 a.m.

4.      The parties must file a status report in advance of the status conference as required

by Local Bankruptcy Rule 7016-1.

###

2