ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
TURNER N. FALK (Admitted pro hac vice)
turner.falk@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Daniel Halevy
Individual Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>DANIEL HALEVY,<br><br>Debtor and Debtor in Possession.<br><br>AMERICAN EXPRESS NATIONAL BANK,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL HALEVY,<br><br>Defendant. | Case No. 2:24-bk-12075-VZ<br><br>Adv. No. 2:24-ap-01155-VZ<br><br>Chapter 11<br><br>**STIPULATED TOLLING AGREEMENT** |

This Tolling Agreement ("**Agreement**") is made and entered into as of June 26, 2024 ("**Effective Date**") by and between Daniel Halevy (the "**Debtor**") and American Express National Bank ("**American Express**"), by and through undersigned counsel.

**Background**

On March 18, 2024 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the Bankruptcy

1

Court for the Central District of California, Los Angeles Division.

On June 14, 2024, American Express filed Adversary Proceeding No. 2:24-ap-01155-VZ (the "**Adversary Proceeding**") alleging that $68,111.58 owed by the Debtor was nondischargeable pursuant to 11 U.S.C. § 523(a)(14A).

The Debtor intends to present and confirm a plan for full payment American Express's claims against him. If confirmed, such a plan will moot the need for the Adversary Proceeding.

In the interest of addressing the issues raised in the Adversary Proceeding while minimizing litigation expenses, the Debtor and American Express have agreed to toll all case events in the Adversary Proceeding as set forth below:

1. All response deadlines, discovery deadlines, status conferences and other case events are hereby tolls as of the Effective Date except as otherwise provided in this Agreement.

2. The Debtor and American Express retain all their rights and defenses, and may not raise the tolled period under this Agreement in support of any argument for waiver, laches, or other forms of delay.

3. The tolling imposed by this Agreement will end if the Debtor's bankruptcy case is converted to chapter 7 or a trustee is appointed, in which case the Debtor and American Express will establish new deadlines for the previously-tolled case events.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

52550328.1
390898-00001

**SAUL EWING LLP**

/s/ Turner N. Falk
ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
TURNER N. FALK (Admitted pro hac vice)
turner.falk@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

*Attorneys for Daniel Halevy*

**WINTERS LAW FIRM**

Dennis Winters (CA Bar #89872)
23046 Avenida de la Carlota
Suite #600
Laguna Hills, CA 92653
Telephone: (714) 836-1381
Email: winterslawfirm@cs.com

*Counsel for American Express National Bank*

3

52550328.1
390898-00001