ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
TURNER N. FALK (Admitted pro hac vice)
turner.falk@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Daniel Halevy
Individual Debtors and Debtors in Possession



FILED & ENTERED

JUL 31 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mohammad DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DANIEL HALEVY,<br><br>    Debtor and Debtor in Possession. | Case No. 2:24-bk-12075-VZ<br><br>Adv. No. 2:24-ap-01155-VZ<br><br>Chapter 11 |
| AMERICAN EXPRESS NATIONAL BANK,<br><br>    Plaintiff,<br><br>    vs.<br><br>DANIEL HALEVY,<br><br>    Defendant. | **ORDER APPROVING STIPULATED TOLLING AGREEMENT**<br><br>Present Status Conference:<br>Date:         September 12, 2024<br>Time:        10:30 a.m.<br>Courtroom:  1368<br>                   255 East Temple St.<br>                   Los Angeles, CA 90012<br><br>Continued Status Conference:<br>Date:         January 9, 2025<br>Time:        10:30 a.m.<br>Courtroom:  1368<br>                   255 East Temple St.<br>                   Los Angeles, CA 90012 |

      Plaintiff American Express National Bank and defendant-debtor Daniel Halevy, having submitted their stipulation to toll all case events and continue the status conference pending confirmation of a plan (the "**Stipulation**"), and good cause appearing therefor, it is hereby

**ORDERED THAT**

1. The Stipulation is approved.

2. All case events and deadlines in this case are tolled until further order of this Court, except as provided by the Order.

3. The status conference in this case, previously scheduled for September 12, 2024 at 10:30.a.m is CONTINUED to January 9, 2025.

4. The parties must file a status report in advance of the status conference as required by Local Bankruptcy Rule 7016-1.

###

Date: July 31, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge

2