United States Bankruptcy Court

Central District of California

American Express National Bank,
    Plaintiff

Halevy,
    Defendant

Adv. Proc. No. 24-01155-VZ

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Jul 31, 2024      Form ID: pdf031      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Daniel Halevy, 8561 Horner Street, Los Angeles, CA 90035-3614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| pla | + | Email/PDF: bncnotices@becket-lee.com | Aug 01 2024 00:52:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dennis C. Winters | on behalf of Plaintiff American Express National Bank winterslawfirm@cs.com |
| Turner Falk | on behalf of Defendant Daniel Halevy turner.falk@saul.com tnfalk@recap.email |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

District/off: 0973-2 User: admin Page 2 of 2
Date Rcvd: Jul 31, 2024 Form ID: pdf031 Total Noticed: 2
TOTAL: 3

ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
TURNER N. FALK (Admitted pro hac vice)
turner.falk@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Daniel Halevy
Individual Debtors and Debtors in Possession

**FILED & ENTERED**

**JUL 31 2024**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY mohammad DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DANIEL HALEVY,<br><br>　　　Debtor and Debtor in Possession.<br><br>AMERICAN EXPRESS NATIONAL BANK,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>DANIEL HALEVY,<br><br>　　　Defendant. | Case No. 2:24-bk-12075-VZ<br><br>Adv. No. 2:24-ap-01155-VZ<br><br>Chapter 11<br><br><br><br>**ORDER APPROVING STIPULATED TOLLING AGREEMENT**<br><br>Present Status Conference:<br>Date:　　　September 12, 2024<br>Time:　　　10:30 a.m.<br>Courtroom:　1368<br>　　　　　　255 East Temple St.<br>　　　　　　Los Angeles, CA 90012<br><br>Continued Status Conference:<br>Date:　　　January 9, 2025<br>Time:　　　10:30 a.m.<br>Courtroom:　1368<br>　　　　　　255 East Temple St.<br>　　　　　　Los Angeles, CA 90012 |

　　　Plaintiff American Express National Bank and defendant-debtor Daniel Halevy, having submitted their stipulation to toll all case events and continue the status conference pending confirmation of a plan (the "**Stipulation**"), and good cause appearing therefor, it is hereby

**ORDERED THAT**

1. The Stipulation is approved.

2. All case events and deadlines in this case are tolled until further order of this Court, except as provided by the Order.

3. The status conference in this case, previously scheduled for September 12, 2024 at 10:30.a.m is CONTINUED to January 9, 2025.

4. The parties must file a status report in advance of the status conference as required by Local Bankruptcy Rule 7016-1.

###

Date: July 31, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge

2