| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Dennis Winters  CA Bar #89872<br>Winters Law Firm<br>23046 Avenida de la Carlota<br>Suite #600<br>Laguna Hills, CA 92653<br>Telephone: (714) 836-1381<br>Email: winterslawfirm@cs.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

| In re:<br>DANIEL HALEVY<br><br><br><br><br>Debtor(s). | CASE NO.:    2:24-bk-12075-VZ<br><br>ADVERSARY NO.: 2:24-ap-01155-VZ<br><br>CHAPTER:    11 |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK,<br><br><br><br>                                Plaintiff(s).<br>vs.<br>DANIEL HALEVY<br><br><br><br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:         01/09/2024<br>TIME:          10:30 AM<br>COURTROOM: 1368<br>ADDRESS:    255 East Temple St.<br>                      Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?   ☒ Yes   ☐ No
2. Have all parties filed and served answers to the Claims Documents?   ☐ Yes   ☒ No
3. Have all motions addressed to the Claims Documents been resolved?   ☒ Yes   ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?   ☒ Yes   ☐ No

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                      Page 1                                            F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

    Parties entered into tolling agreement pending filing of Plan

B. <u>**READINESS FOR TRIAL**</u>:

1. When will you be ready for trial in this case?

    | <u>Plaintiff</u> | <u>Defendant</u> |
    |---|---|
    | June if not resolved | to be determined |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

    | <u>Plaintiff</u> | <u>Defendant</u> |
    |---|---|
    | Possible Plan may render Adversary Complaint moot | same |

3. When do you expect to complete <u>your</u> discovery efforts?

    | <u>Plaintiff</u> | <u>Defendant</u> |
    |---|---|
    | May 2025 | to be determined |

4. What additional discovery do you require to prepare for trial?

    | <u>Plaintiff</u> | <u>Defendant</u> |
    |---|---|
    | Interrogatories, Production of Documents, Admissions, possible deposition | to be determined |

C. <u>**TRIAL TIME**</u>:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

    | <u>Plaintiff</u> | <u>Defendant</u> |
    |---|---|
    | 2 hours | to be determined |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

    | <u>Plaintiff</u> | <u>Defendant</u> |
    |---|---|
    | 2 to 3 | to be determined |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

<u>Plaintiff</u>
5 to 10

<u>Defendant</u>
to be determined

**D. <u>PRETRIAL CONFERENCE</u>:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>
Pretrial conference ☐ is ☒ is not requested
Reasons:
Simple issues

<u>Defendant</u>
Pretrial conference ☐ is ☒ is not requested
Reasons:
The case will be resolved by plan

<u>Plaintiff</u>
Pretrial conference should be set <u>after</u>:
(*date*) 05/15/0202

<u>Defendant</u>
Pretrial conference should be set <u>after</u>:
(*date*) _____

**E. <u>SETTLEMENT</u>:**

1. What is the status of settlement efforts?

    Plaintiff: Defendant was to file Chapter 11 Plan for full payment of Plaintiff's claim. Still no Plan filed.
    Defendant: additionally, the court has scheduled an OSC on dismissal. If the case is dismissed, this action will be moot. Otherwise, the debtor will seek confirmation of a plan for payment in full.

2. Has this dispute been formally mediated?  ☐ Yes  ☒ No
    If so, when?

3. Do you want this matter sent to mediation at this time?

<u>Plaintiff</u>
☐ Yes  ☒ No

<u>Defendant</u>
☐ Yes  ☒ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                  Page 3                                  **F 7016-1.STATUS.REPORT**

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff: Plaintiff agreed to tolling the matter pending filing of a Plan. Defendant was to file Chapter 11 Plan for full payment of Plaintiff's claim. Still no Plan filed. If there is no progress, Plaintiff wants the matter brought to issue so we can proceed.
Defendant: If the case is not dismissed, the debtor will seek confirmation of a plan.

Respectfully submitted,

Date: 01/02/2025

Winters Law Firm
Printed name of law firm

/s/ Dennis Winters
Signature

Dennis Winters
Printed name

Attorney for: Plaintiff

Date: 01/02/2025

Saul Ewing LLP
Printed name of law firm

Signature

Zev Shechtman
Printed name

Attorney for: Defendant

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 4    F 7016-1.STATUS.REPORT

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff: Plaintiff agreed to tolling the matter pending filing of a Plan. Defendant was to file Chapter 11 Plan for full payment of Plaintiff's claim. Still no Plan filed. If there is no progress, Plaintiff wants the matter brought to issue so we can proceed.
Defendant: If the case is not dismissed, the debtor will seek confirmation of a plan.

Respectfully submitted,

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

Date: 01/02/2025

Saul Ewing LLP
Printed name of law firm

*/s/ (signature)*
Signature

Zev Shechtman
Printed name

Attorney for: Defendant

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                          Page 4                                          F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
23046 Ave. de la Carlota, Laguna Hills, CA 92653

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/02/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Zev.Shechtman@saul.com- Def Atty

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/04/2025 | Dennis Winters | /s/ Dennis Winters |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.