1  ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
2  CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
3  RYAN COY (BAR NO. 324939)
ryan.coy@saul.com
4  TURNER N. FALK (Admitted pro hac vice)
turner.falk@saul.com
5  SAUL EWING LLP
1888 Century Park East, Suite 1500
6  Los Angeles, California 90067
Telephone:  (310) 255-6100
7  Facsimile:  (310) 255-6200

8  Attorneys for Defendant Daniel Halevy
Debtor and Debtor in Possession

9

**UNITED STATES BANKRUPTCY COURT**

10

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

11

12 | In re | Case No. 2:24-bk-12075-VZ

13 | DANIEL HALEVY | Adv. No. 2:24-ap-01155-VZ

14 |     Debtor and Debtor in Possession | Chapter 11

15

16 | AMERICAN EXPRESS NATIONAL BANK, | **STIPULATION TO CONTINUE STATUS CONFERENCE**

17 |     Plaintiff,

18 |   vs. | Hearing:
Date: January 9, 2025
19 | DANIEL HALEVY, | Time: 10:30 a.m.
Place: Courtroom 1368
20 |     Defendant.

21

22     Plaintiff and Defendant hereby stipulate as follows:

23     1.     On March 18, 2024, Defendant filed his chapter 11 bankruptcy case.

24     2.     On June 14, 2024, Plaintiff filed its complaint against Defendant, commencing this

25  adversary proceeding.

26     3.     On July 31, 2024, the Court entered its order approving the stipulation between

27  Plaintiff and Defendant to toll events and deadlines in this case until further order and continuing

28  to the status conference herein to January 9, 2025.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

4.      On January 30, 2025, the Court will hold a hearing on its *Order to Appear to Explain Why Cases Should Not Be Dismissed* (bankruptcy docket no. 367) entered on December 20, 2024.

5.      The Defendant and other debtors will be requesting that the Court not dismiss their cases and will seek confirmation of chapter 11 plans.

6.      In light of the procedural posture of the Defendant's bankruptcy case, Plaintiff and Defendant hereby agree and stipulate, subject to the approval of the Court, that the status conference herein should be continued to a date not less than 30 days after the January 30, 2025 hearing date on the Court's *Order to Appear to Explain Why Cases Should Not Be Dismissed*.

DATED:  January 6, 2025          SAUL EWING LLP

By: _____

ZEV SHECHTMAN
Attorneys for Defendant Daniel Halevy Individual
Debtors and Debtors in Possession

Dated: January 6, 2025          Winters Law Firm

By: _____

Dennis C. Winters
Attorney for Plaintiff

SAUL EWING LLP
5 PARK PLAZA, SUITE 850
IRVINE, CALIFORNIA 92614
(949) 252-2777

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Stipulation to Continue Status Conference** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 6, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Turner Falk**    turner.falk@saul.com, tnfalk@recap.email
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Dennis C. Winters**    winterslawfirm@cs.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 6, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.