ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
RYAN COY (BAR NO. 324939)
ryan.coy@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Defendant Daniel Halevy,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DANIEL HALEVY,<br><br>    Debtor and Debtor in Possession.<br><br>AMERICAN EXPRESS NATIONAL BANK,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL HALEVY,<br><br>    Defendant. | Lead Case No. 2:24-bk-12079-VZ<br><br>Adv. No. 2:24-ap-01155-VZ<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Current Status Conference:<br>Date: June 5, 2025<br>Time: 10:30 a.m.<br>Place: Courtroom 1368<br><br>Proposed Continued Status Conference:<br>Date: September 11, 2025<br>Time: 10:30 a.m.<br>Place: Courtroom 1368 |

American Express National Bank ("Plaintiff") and Daniel Halevy ("Defendant," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

**Recitals**

1.    On March 18, 2024, Defendant filed his chapter 11 bankruptcy case.

2.    On June 14, 2024, Plaintiff filed its complaint against Defendant, commencing this adversary proceeding.

3.    On July 31, 2024, the Court entered its order approving the stipulation between

1 Plaintiff and Defendant to toll events and deadlines in this case until further order and continuing
2 to the status conference herein to January 9, 2025.

3    4.    On January 6, 2025, the Parties submitted a stipulation to continue the status
4 conference from January 9, 2025 to March 6, 2025 at 10:30 a.m., which was approved by the
5 Court (Adv. Docket Nos. 18, 20).

6    5.    On February 20, 2025, the Parties submitted a joint status report, requesting a
7 further continuance of the status conference for approximately 60 days in light of the procedural
8 status of the bankruptcy case (Adv. Docket No. 22).

9    6.    On March 6, 2025, the Court held the status conference and continued it to June 5,
10 2025 at 10:30 a.m.

11    7.    On May 8, 2025, the debtors in the bankruptcy case filed a status report (Bk.
12 DOcket No. 502), which indicated that the debtors have made substantial progress in negotiating
13 and ultimately reaching an agreement in principle on plan terms with one of the largest secured
14 creditors.  Based on this progress, the Debtor believes that a plan of reorganization will be filed
15 within the next 60-90 days.

16    8.    In light of the procedural posture of the Defendant's bankruptcy case, the Parties
17 agree that the status conference should be continued for approximately 90 days to allow a plan of
18 reorganization to be filed, which will likely resolve the issues and disputes in this adversary
19 proceeding.

20                **STIPULATION**

21    NOW, THEREFORE, the Parties hereby agree and stipulate, subject to court approval, as
22 follows:

23    1.    The status conference in the above-captioned adversary proceeding should be
24 continued from June 5, 2025 at 10:30 a.m. to September 11, 2025 at 10:30 a.m., or such other and
25 further date as is convenient for the Court.

26    2.    The deadline for the Parties to submit a joint status report shall be 14 days before
27 the continued status conference date.

28

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

3. For such other and further relief as the Court deems just and proper.

IT IS SO STIPULATED.

DATED: May 21 2025             WINTERS LAW FIRM

By: _____
DENNIS WINTERS
Attorneys for Plaintiff American Express National Bank

DATED: May 21, 2025            SAUL EWING LLP

By: _____
ZEV SHECHTMAN
RYAN F. COY
Attorneys for Defendant Daniel Halevy, Individual Debtor and Debtor in Possession

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

55619521.1 390855-00001

3

STIPULATION TO CONTINUE STATUS CONFERENCE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Stipulation to Continue Status Conference** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 21, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   - **Turner Falk**   turner.falk@saul.com, tnfalk@recap.email
   - **Zev Shechtman**   Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
   - **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
   - **Dennis C. Winters**   winterslawfirm@cs.com

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 21, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                  **F 9013-3.1.PROOF.SERVICE**