| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ZEV SHECHTMAN (BAR NO. 266280)<br>Zev.Shechtman@saul.com<br>CAROL CHOW (BAR NO. 169299)<br>carol.chow@saul.com<br>RYAN COY (BAR NO. 324939)<br>ryan.coy@saul.com<br>TURNER N. FALK (Admitted pro hac vice)<br>turner.falk@saul.com<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone: (310) 255-6100<br>Facsimile: (310) 255-6200<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Defendant Daniel Halevy | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>DANIEL HALEVY<br><br>Debtor(s). | CASE NO.: 2:24-bk-12075-VZ<br>CHAPTER: 11<br>ADVERSARY NO.: 2:24-ap-01155-VZ |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK,<br><br>Plaintiff(s),<br><br>vs.<br><br>DANIEL HALEVY,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): Stipulation to Continue Status Conference _____ |

PLEASE TAKE NOTE that the order or judgment titled  Order Approving Stipulation to Continue Status Conference

was lodged on (*date*) 5/21/2025 _____ and is attached. This order relates to the motion which is docket number 23.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A

1  ZEV SHECHTMAN (BAR NO. 266280)
   Zev.Shechtman@saul.com
2  CAROL CHOW (BAR NO. 169299)
   carol.chow@saul.com
3  RYAN COY (BAR NO. 324939)
   ryan.coy@saul.com
4  TURNER N. FALK (Admitted pro hac vice)
   turner.falk@saul.com
5  SAUL EWING LLP
   1888 Century Park East, Suite 1500
6  Los Angeles, California 90067
   Telephone:  (310) 255-6100
7  Facsimile:  (310) 255-6200

8  Attorneys for Defendant Daniel Halevy
   Debtor and Debtor in Possession

9

## UNITED STATES BANKRUPTCY COURT

10

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

11

12

13  In re                                      Lead Case No. 2:24-bk-12079-VZ

14  DANIEL HALEVY,                             Adv. No. 2:24-ap-01155-VZ

          Debtor and Debtor in Possession.     Chapter 11

15

16  AMERICAN EXPRESS NATIONAL BANK,            **ORDER APPROVING STIPULATION TO
                                               CONTINUE STATUS CONFERENCE**
17          Plaintiff,
                                               Current Status Conference:
18      vs.                                    Date:  June 5, 2025
                                               Time: 10:30 a.m.
19  DANIEL HALEVY,                             Place: Courtroom 1368

20          Defendant.                         Continued Status Conference:
                                               Date:  September 11, 2025
21                                             Time: 10:30 a.m.
                                               Place: Courtroom 1368
22

23          The Court having reviewed and considered the *Stipulation to Continue Status Conference*

24  ("Stipulation") filed by plaintiff and defendant in the above-captioned adversary proceeding, and

25  good cause appearing therefor,

26          IT IS HEREBY ORDERED that:

27          1.      The Stipulation is approved.

28          2.      The status conference is continued from June 5, 2025 at 10:30 a.m. to September

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

55619522.1 390855-00001

ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE

**Exhibit A**
2

11, 2025 at 10:30 a.m.

     3.    The parties must file a status report 14 days in advance of the status conference as

required by Local Bankruptcy Rule 7016-1.

###

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

55619522.1 390855-00001        2

ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE

**Exhibit A**
3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Lodgment of Order or Judgment in Adversary Proceeding** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 21, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Turner Falk**    turner.falk@saul.com, tnfalk@recap.email
- **Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Dennis C. Winters**    winterslawfirm@cs.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 21, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.