United States Bankruptcy Court

Central District of California

American Express National Bank,
    Plaintiff

Adv. Proc. No. 24-01155-VZ

Halevy,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 23, 2025 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Daniel Halevy, 8561 Horner Street, Los Angeles, CA 90035-3614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| pla | + | Email/PDF: bncnotices@becket-lee.com | May 24 2025 01:09:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2025      Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:

**Name**    **Email Address**

Dennis C. Winters
    on behalf of Plaintiff American Express National Bank winterslawfirm@cs.com

Ryan Coy
    on behalf of Defendant Daniel Halevy ryan.coy@saul.com
    hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com

Turner Falk
    on behalf of Defendant Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: May 23, 2025 | Form ID: pdf031 | Total Noticed: 2

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
    on behalf of Defendant Daniel Halevy Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 5

```
 1  ZEV SHECHTMAN (BAR NO. 266280)
    Zev.Shechtman@saul.com
 2  CAROL CHOW (BAR NO. 169299)
    carol.chow@saul.com
 3  RYAN COY (BAR NO. 324939)
    ryan.coy@saul.com
 4  TURNER N. FALK (Admitted pro hac vice)
    turner.falk@saul.com
 5  SAUL EWING LLP
    1888 Century Park East, Suite 1500
 6  Los Angeles, California 90067
    Telephone: (310) 255-6100
 7  Facsimile: (310) 255-6200

 8  Attorneys for Defendant Daniel Halevy
    Debtor and Debtor in Possession
```

**FILED & ENTERED**

**MAY 23 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY mohammad DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DANIEL HALEVY,<br><br>    Debtor and Debtor in Possession.<br><br>AMERICAN EXPRESS NATIONAL BANK,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL HALEVY,<br><br>    Defendant. | Lead Case No. 2:24-bk-12079-VZ<br><br>Adv. No. 2:24-ap-01155-VZ<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Current Status Conference:<br>Date: June 5, 2025<br>Time: 10:30 a.m.<br>Place: Courtroom 1368<br><br>Continued Status Conference:<br>Date: September 11, 2025<br>Time: 10:30 a.m.<br>Place: Courtroom 1368 |

The Court having reviewed and considered the *Stipulation to Continue Status Conference* ("Stipulation") filed by plaintiff and defendant in the above-captioned adversary proceeding, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. The status conference is continued from June 5, 2025 at 10:30 a.m. to September

1  11, 2025 at 10:30 a.m.

2      3.    The parties must file a status report 14 days in advance of the status conference as
3  required by Local Bankruptcy Rule 7016-1.

4                              ###

24  Date: May 23, 2025

                                        Vincent P. Zurzolo
                                        United States Bankruptcy Judge

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100