| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Dennis Winters  CA Bar #89872<br>Winters Law Firm<br>23046 Avenida de la Carlota<br>Suite #600<br>Laguna Hills, CA 92653<br>Telephone: (714) 836-1381<br>Facsimile: (949) 388-3088<br>Email: winterslawfirm@cs.com<br><br>Counsel for American Express National Bank | FOR COURT USE ONLY |
| ☒ *Attorney for*   ☒ *Plaintiff*   ☐ *Defendant*<br>☐ *Plaintiff*   ☐ *Defendant*   *appearing without attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>DANIEL HALEVY,<br><br>                                                Debtor(s). | CASE NO.:   2:24-bk-12075-VZ<br><br>CHAPTER: 11<br><br>ADVERSARY NO.:2:24-AP-01155-VZ |
| AMERICAN EXPRESS NATIONAL BANK,<br><br>                                                Plaintiff(s),<br>vs.<br><br>DANIEL HALEVY aka DANIEL J. HALEVY,<br><br>                                                Defendant. | **FOR ADVERSARY PROCEEDING:**<br><br>☒   **JOINT STATUS REPORT**<br><br>☐   **UNILATERAL STATUS REPORT**<br><br>**LBR 7016-1(a)(2)** |
| | DATE: November 20, 2025<br>TIME: 10:30 AM<br>COURTROOM: **1368**<br>PLACE: **Roybal Federal Buidling**<br>           **255 E. Temple Street**<br>           **Los Angeles, CA 90012** |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE ____VINCENT P. ZURZOLO____
_ . In accordance with LBR 7016-1(a)(2), the party/parties submit the following ☐ JOINT STATUS REPORT or ☐ UNILATERAL STATUS REPORT:

**A.   SERVICE/SUMMONS**:

   1.   Have all parties been served?                                                                                                 ☒ YES     ☐ NO

---

This form is mandatory.  It has been approved for use by United States Bankruptcy Judge Vincent P. Zurzolo.

February 2012                                                  Page 1                                                  **VZ.LBR7016STATUS.RPT**

2. Has Plaintiff filed a declaration of service stating that the Pre-Status Conference Instructions, summons, complaint and, if applicable, Debtor Assistance Program Notice was served?  ☒ YES  ☐ NO

   If yes, go on.  If no, why not?  Please explain: _____

**B. RESPONSIVE PLEADINGS:**

1. Did all defendants timely file a plain answer (i.e. no counterclaims) to the complaint?  ☐ YES  ☒ NO

   If yes, go to Section D.  If no responsive pleading was filed proceed to Section C, otherwise continue.

2. If any defendant's answer includes counterclaims, are any parties other than Plaintiff included as defendants to the claims?  ☐ YES  ☐ NO

3. If counterclaims have been filed, have all counterdefendants responded to the counterclaims?  ☐ YES  ☐ NO

   If no, what is the response deadline to the countercomplaint?  *Date:* _____

4. Did any defendant filed a 12(b) motion or other such responsive pleading?  ☐ YES  ☒ NO

   If yes, please identify the responsive pleading(s) filed and the date(s) of the hearing(s) on the responsive pleading(s):

**C. DEFAULT**

1. If any defendant has not responded timely, has plaintiff requested entry of default?  ☐ YES  ☒ NO

   If no, why not?  Please explain: <u>Parties have agreed to toll pending plan.</u>

2. If default has been requested, has it been entered?  ☐ YES  ☐ NO

   If no, why not?  Please explain: _____

3. If default has been entered has plaintiff scheduled a motion for default judgment?  ☐ YES  ☐ NO

   If no, please explain why not and state a proposed date for a hearing on a motion for default judgment:

**D. FEDERAL RULE OF CIVIL PROCEDURE (F.R.Civ.P.) 26(a), (f) AND LBR 7016-1(a)(2) COMPLIANCE:**

1. The parties certify that they met and discussed the nature and basis of the claims and defenses.

   Plaintiff:   ☒ YES   ☐ NO
   Defendant: ☒ YES   ☐ NO

2. The parties certify that they have exchanged documents.

   Plaintiff:   ☐ YES   ☒ NO
   Defendant: ☐ YES   ☒ NO

3. The parties certify that they have exchanged witness lists.

   Plaintiff:   ☐ YES   ☒ NO
   Defendant: ☐ YES   ☒ NO

---

This form is mandatory.  It has been approved for use by United States Bankruptcy Judge Vincent P. Zurzolo.

4. The parties certify that they have exchanged other evidence as required by F.R.Civ.P. 26(a)(1).

   Plaintiff: ☐ YES ☒ NO
   Defendant: ☐ YES ☒ NO

5. The parties certify that they have made the disclosures required by F.R.Civ.P. 26(a)(1)(C) and (D) where applicable.

   Plaintiff: ☐ YES ☒ NO
   Defendant: ☐ YES ☒ NO

6. The parties certify that they have discussed settlement.

   Plaintiff: ☐ YES ☒ NO
   Defendant: ☐ YES ☒ NO

7. The parties certify that they have proposed a joint discovery plan.

   Plaintiff: ☐ YES ☒ NO
   Defendant: ☐ YES ☒ NO

8. If any party answered no to any of the prior six questions, please explain the reason(s):  The parties agreed to toll litigation pending the plan

**E. DISCOVERY (F.R.Civ.P 26(f)):**

A Discovery Plan should be prepared and attached to this status report if it cannot be described below.

1. Do the parties believe that changes should be made in the timing, form or requirement for disclosures under F.R.Civ.P. 26(a)?

   Plaintiff: ☐ YES ☒ NO
   Defendant: ☐ YES ☒ NO

   If any party answered yes, please explain the reason(s):

2. List the form(s) of discovery each party will propound.

   Plaintiff: To be determined
   Defendant: To be determined

3. Do the parties anticipate any unusual discovery issues?

   Plaintiff: ☐ YES ☒ NO
   Defendant: ☐ YES ☒ NO

   If any party answered yes, please identify the issues and explain the reason(s) for them:

4. Date by which each party expects to complete their discovery efforts:

   Plaintiff: To be determined
   Defendant: To be determined

---

This form is mandatory. It has been approved for use by United States Bankruptcy Judge Vincent P. Zurzolo.

February 2012                                    Page 3                                    VZ.LBR7016STATUS.RPT

**F. SETTLEMENT:**

1. Do all parties request a judge to aid in settlement? If either party indicates "no", go to question 3.

   Plaintiff  ☐ YES  ☒ NO
   Defendant  ☐ YES  ☒ NO

2. Do all parties request the trial judge to aid in settlement? If yes and if applicable, please name the judge(s) of this court that the parties would like to participate in settlement efforts:

| PLAINTIFF ☐ YES ☒ NO | DEFENDANT ☐ YES ☒ NO |
|---|---|
| (1) | (1) |
| (2) | (2) |
| (3) | (3) |

3. Do all parties seek any other type of mediation, arbitration, etc.? If both indicate yes, list the types.

| PLAINTIFF ☐ YES ☒ NO | DEFENDANT ☐ YES ☒ NO |
|---|---|
| (1) | (1) |
| (2) | (2) |
| (3) | (3) |

**G. PRE-TRIAL:**

In most adversary proceedings, it is necessary to prepare a joint pre-trial stipulation and appear at a pre-trial conference.

1. Date after which the pre-trial conference should be set:

   Plaintiff: __To be determined__
   Defendant: __To be determined__

2. Do you believe you can go directly to trial without a pre-trial stipulation and/or conference?

   Plaintiff:  ☐ YES  ☒ NO
   Defendant: ☐ YES  ☒ NO

   If either party answered yes, please state why: _____

**H. OTHER PROPOSED DEADLINES:**

1. Proposed date by which all motions except motions to exclude evidence or approve a settlement must be filed, set and heard:

   Plaintiff: __To be determined__
   Defendant: __To be determined__

2. Proposed deadline for amendment of pleadings and/or joinder of parties (any order permitting amendment or joinder must be entered by this date):

   Plaintiff __To be determined__
   Defendant: __To be determined__

---

This form is mandatory. It has been approved for use by United States Bankruptcy Judge Vincent P. Zurzolo.

*February 2012*                                           Page 4                                    **VZ.LBR7016STATUS.RPT**

3. Are there any other deadlines which the parties wish the court to set:

    Plaintiff:    ☐ YES    ☒ NO
    Defendant:   ☐ YES    ☒ NO

    If either party states yes, please identify the proposed subject and timing of the deadline: _____

**I. MISCELLANEOUS**

1. Do you dispute the jurisdiction of this Court?1

    Plaintiff:    ☐ YES    ☒ NO
    Defendant:   ☐ YES    ☒ NO

2. Do you dispute any party's allegation regarding the core/non-core nature of the adversary proceeding?

    Plaintiff:    ☐ YES    ☒ NO
    Defendant:   ☐ YES    ☒ NO

3. Do you dispute the asserted claim of any party to the right to a jury trial?

    Plaintiff:    ☐ YES    ☒ NO
    Defendant:   ☐ YES    ☒ NO

4. If a party answered yes to any of the above three (3) questions, has the party answering yes prepared a memorandum of points and authorities and supporting evidence detailing their position, which memorandum is to be filed fourteen (14) days prior to the Status Conference?    ☐ YES    ☐ NO

5. Are there any other unusual issues of which the Court should be aware?    ☒ YES    ☐ NO

    If yes, please explain: In light of the procedural status of the bankruptcy case, the parties agree that a continued status conference should be scheduled in approximately 120 days.

                            Respectfully submitted,

Date: 11/05/2025            Firm name: Saul Ewing LLP
                            Name: Zev Shechtman

                            Attorney for: Defendant

Date: 11/05/2025            Firm name: Winters Law Firm
                            Name: Dennis Winters    /s/ Dennis Winters

                            Attorney for: Plaintiff

---

This form is mandatory. It has been approved for use by United States Bankruptcy Judge Vincent P. Zurzolo.

February 2012                        Page 5                        VZ.LBR7016STATUS.RPT