Zev Shechtman (Bar No. 266280)
  *zev.shechtman@saul.com*
Steven F. Werth (Bar No. 205434)
  steven.werth@saul.com
**SAUL EWING LLP**
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Defendant Daniel Halevy,
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Bk. Case No. 2:24-bk-12075-VZ |
| DANIEL HALEVY, | |
| Debtor and Debtor in Possession. | Chapter 11 |
| AMERICAN EXPRESS NATIONAL BANK, | Adv. No. 2:24-ap-01155-VZ |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | Current Status Conference:<br>Date:  March 26, 2026<br>Time: 10:30 a.m.<br>Place: Courtroom 1368 |
| DANIEL HALEVY, | |
| Defendant. | Proposed Continued Status Conference:<br>Date:  June 4, 2026<br>Time: 10:30 a.m.<br>Place: Courtroom 1368 |

American Express National Bank ("Plaintiff") and Daniel Halevy ("Defendant," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

**Recitals**

1.      On March 18, 2024, Defendant filed his chapter 11 bankruptcy case.

2.      On June 14, 2024, Plaintiff filed its complaint against Defendant, commencing this adversary proceeding.

57517309.1 395730-00001

STIPULATION TO CONTINUE STATUS CONFERENCE

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

3.       The Parties have filed several stipulations requesting a continuance of the status conference in this case, the most recent of which requested a continuance of the status conference to March 26, 2026.

4.       On February 12, 2026, in the above-captioned bankruptcy case of Daniel Halevy ("Debtor"), the Court entered an "Order After Continued Hearing On Order To Show Cause Whether Bankruptcy Cases Should Be Dismissed:  1) That Cause Is Not Shown; And 2) That Six Remaining Are Dismissed Effective July 3, 2026" which stated, in part, that the Debtor's bankruptcy case is dismissed effective July 3, 2026.

5.       In light of the fact that dismissal of the Debtor's case would make this adversary proceeding unnecessary, the Parties submit that a continuance of this status hearing to approximately June 4, 2026, will enable the Parties to determine whether, by that point, the Debtor has taken the steps necessary to avoid the Debtor's bankruptcy case from being dismissed.

6.       For this reason, the Parties agree that the status conference should be continued until June 4, 2026, or a date thereafter which is acceptable to the Court.

## **STIPULATION**

For these reasons, the Parties hereby agree and stipulate, subject to Court approval, as follows:

1.       The status conference in the above-captioned adversary proceeding should be continued from March 26, 2026 at 10:30 a.m. to June 4, 2026, at 10:30 a.m., or such other and further date as is convenient for the Court.

2.       The deadline for the Parties to submit a joint status report shall be 14 days before the continued status conference date.

3.       For such other and further relief as the Court deems just and proper.

IT IS SO STIPULATED.

Dated:  March 18, 2026                    WINTERS LAW FIRM


By: _____

Dennis Winters, Esq.
Attorneys for Plaintiff American Express National
Bank


Dated:  March 18, 2026                    SAUL EWING LLP


By: _____

Steven F. Werth
Attorneys for Defendant Daniel Halevy

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

57517309.1 395730-00001                                      3

STIPULATION TO CONTINUE STATUS CONFERENCE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1888 Century Park East, Suite 1500, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled :  **STIPULATION TO CONTINUE STATUS** CONFERENCE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 18, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ryan Coy    ryan.coy@blankrome.com, michelle.grams@blankrome.com**
- **Turner Falk    turner.falk@saul.com, tnfalk@recap.email**
- **Zev Shechtman    Zev.Shechtman@saul.com,** shechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com; Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**
- **Dennis C. Winters    winterslawfirm@cs.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>March 18, 2026</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
**VIA FEDERAL EXPRESS**
Hon. Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street **BIN OUTSIDE OF SUITE 1360**
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 18, 2026 | Easter A. SAnta Maria | *Easter A. Santa Maria* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                          **F 9013-3.1.PROOF.SERVICE**