| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ZEV SHECHTMAN (SBN: 266280)<br>Zev.Shechtman@saul.com<br>STEVEN F. WERTH (SBN: 205434)<br>steven.werth@saul.com<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone: (310) 255-6100<br>Facsimile:  (310) 255--6200<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Debtors , Daniel Halevy Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>DANIEL HALEVY.<br><br><br><br>Debtor(s). | CASE NO.: 2:24-bk-12075-VZ<br>CHAPTER: 11<br>ADVERSARY NO.: 2:24-ap-01155-VZ |
| AMERICAN EXPRESS NATIONAL BANK,<br><br>Plaintiff(s),<br><br>vs.<br><br>DANIEL HALEVY,<br><br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): STIPULATION TO CONTINUE STATUS CONFERENCE |

PLEASE TAKE NOTE that the order or judgment titled ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE

was lodged on (*date*) March 18, 2026    and is attached. This order relates to the motion which is docket number 32.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9021-1.2.ADV.NOTICE.LODGMENT**

Zev Shechtman (Bar No. 266280)
 *zev.shechtman@saul.com*
Steven F. Werth (Bar No. 205434)
 steven.werth@saul.com
**SAUL EWING LLP**
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Defendant Daniel Halevy,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DANIEL HALEVY,<br><br>    Debtor and Debtor in Possession. | Bk. Case No. 2:24-bk-12075-VZ<br><br>Chapter 11 |
| AMERICAN EXPRESS NATIONAL BANK,<br><br>    Plaintiff,<br><br>     vs.<br><br>DANIEL HALEVY,<br><br>    Defendant. | Adv. No. 2:24-ap-01155-VZ<br><br>**ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Current Status Conference:<br>Date:  March 26, 2026<br>Time: 10:30 a.m.<br>Place: Courtroom 1368<br><br>Proposed Continued Status Conference:<br>Date:  June 4, 2026<br>Time: 10:30 a.m.<br>Place: Courtroom 1368 |

The Court having reviewed and considered the *Stipulation to Continue Status Conference* ("Stipulation") filed by plaintiff and defendant in the above-captioned adversary proceeding, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

    1.    The Stipulation is approved.

    2.    The status conference is continued from March 26, 2026 at 10:30 a.m. to June 4,

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

2026, at 10:30 a.m.

3.      The parties must file a status report 14 days in advance of the status conference as required by Local Bankruptcy Rule 7016-1.

###

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

57518127.1 390855-00001                                              2

ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE

 **Adversary LODGED ORDER UPLOAD FORM**

Wednesday, March 18, 2026

CONFIRMATION :

Your Lodged Order Info:
( **11344267.docx** )
A new order has been added

- **Office**: Los Angeles
- **Case Title**: American Express National Bank v. Halevy
- **Case Number**: 24-01155
- **Judge Initial**: VZ
- **Case Type**: ap ( Adversary )
- **Document Number**: 32
- **On Date**: 03/18/2026 @ 02:35 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 18, 2026   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Ryan Coy    ryan.coy@blankrome.com, michelle.grams@blankrome.com
Turner Falk    turner.falk@saul.com, tnfalk@recap.email
Zev Shechtman    Zev.Shechtman@saul.com,
        zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;
        LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Dennis C. Winters    winterslawfirm@cs.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 18, 2026   , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Hon. Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street BIN OUTSIDE OF SUITE 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 18, 2026 | Easter A. Santa Maria | *Easter A. Santa Maria* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.