Zev Shechtman (Bar No. 266280)
  *zev.shechtman@saul.com*
Steven F. Werth (Bar No. 205434)
  steven.werth@saul.com
**SAUL EWING LLP**
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Defendant Daniel Halevy,
Debtor and Debtor in Possession

FILED & ENTERED

MAR 19 2026

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY vandenst DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DANIEL HALEVY,<br><br>      Debtor and Debtor in Possession. | Bk. Case No. 2:24-bk-12075-VZ<br><br>Chapter 11<br><br>Adv. No. 2:24-ap-01155-VZ |
| AMERICAN EXPRESS NATIONAL BANK,<br><br>      Plaintiff,<br><br>   vs.<br><br>DANIEL HALEVY,<br><br>      Defendant. | **ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Current Status Conference:<br>Date:  March 26, 2026<br>Time: 10:30 a.m.<br>Place: Courtroom 1368<br><br>Proposed Continued Status Conference:<br>Date:  June 4, 2026<br>Time: 10:30 a.m.<br>Place: Courtroom 1368<br>    Roybal Federal Building<br>    255 E. Temple St, Los Angeles, CA 90012 |

The Court considered the *Stipulation to Continue Status Conference* ("Stipulation") filed by plaintiff and defendant in the above-captioned adversary proceeding, and good cause appearing therefor,

IT IS ORDERED that:

1.     The Stipulation is approved.

2.     The status conference is continued from March 26, 2026 at 10:30 a.m. to June 4,

57518127.1 390855-00001

ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE

2026, at 10:30 a.m.

3. The parties must file a status report 14 days in advance of the status conference as required by Local Bankruptcy Rule 7016-1, using the mandatory status report form posted on Judge Zurzolo's webpage at the **ADVERSARY PROCEEDINGS** tab.

###

Date: March 19, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100