United States Bankruptcy Court

Central District of California

American Express National Bank,

    Plaintiff

    Adv. Proc. No. 24-01155-VZ

Halevy,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 19, 2026 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Daniel Halevy, 8561 Horner Street, Los Angeles, CA 90035-3614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | + Email/PDF: bncnotices@becket-lee.com | Mar 20 2026 02:24:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dennis C. Winters | on behalf of Plaintiff American Express National Bank winterslawfirm@cs.com |
| Ryan Coy | on behalf of Defendant Daniel Halevy ryan.coy@blankrome.com michelle.grams@blankrome.com |
| Steven Werth | on behalf of Defendant Daniel Halevy steven.werth@saul.com swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com |

District/off: 0973-2                                  User: admin                                          Page 2 of 2
Date Rcvd: Mar 19, 2026                              Form ID: pdf031                                    Total Noticed: 2

Turner Falk
                          on behalf of Defendant Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

United States Trustee (LA)
                          ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
                          on behalf of Defendant Daniel Halevy Zev.Shechtman@saul.com
                          zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bri
                          biesca@saul.com


TOTAL: 6

Zev Shechtman (Bar No. 266280)
 *zev.shechtman@saul.com*
Steven F. Werth (Bar No. 205434)
 steven.werth@saul.com
**SAUL EWING LLP**
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Defendant Daniel Halevy,
Debtor and Debtor in Possession

**FILED & ENTERED**

**MAR 19 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY vandenst DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DANIEL HALEVY,<br><br>　　　　Debtor and Debtor in Possession.<br><br>---<br><br>AMERICAN EXPRESS NATIONAL BANK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DANIEL HALEVY,<br><br>　　　　Defendant. | Bk. Case No. 2:24-bk-12075-VZ<br><br>Chapter 11<br><br>Adv. No. 2:24-ap-01155-VZ<br><br>**ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br><u>Current Status Conference:</u><br>Date:  March 26, 2026<br>Time: 10:30 a.m.<br>Place: Courtroom 1368<br><br><u>Proposed Continued Status Conference:</u><br>Date:  June 4, 2026<br>Time: 10:30 a.m.<br>Place: Courtroom 1368<br>　　Roybal Federal Building<br>　　255 E. Temple St, Los Angeles, CA 90012 |

The Court considered the *Stipulation to Continue Status Conference* ("Stipulation") filed by plaintiff and defendant in the above-captioned adversary proceeding, and good cause appearing therefor,

IT IS ORDERED that:

1.　　The Stipulation is approved.

2.　　The status conference is continued from March 26, 2026 at 10:30 a.m. to June 4,

57518127.1 390855-00001

ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

2026, at 10:30 a.m.

3.      The parties must file a status report 14 days in advance of the status conference as required by Local Bankruptcy Rule 7016-1, using the mandatory status report form posted on Judge Zurzolo's webpage at the **ADVERSARY PROCEEDINGS** tab.

###

Date: March 19, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100