Dennis Winters - CA Bar #89872
**Winters Law Firm**
23046 Avenida de la Carlota
Suite #600
Laguna Hills, CA 92653
Telephone: (714) 836-1381
Email: winterslawfirm@cs.com
Attorneys for Navient Solutions, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DANIEL HALEVY,<br><br>Debtor and Debtor in Possession. | Bk. Case No. 2:24-bk-12075-VZ<br><br>Chapter 11<br><br>Adv. No. 2:24-ap-01155-VZ |
| AMERICAN EXPRESS NATIONAL BANK,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL HALEVY,<br><br>Defendant. | **STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Current Status Conference:<br>Date: June 4, 2026<br>Time: 10:30 a.m.<br>Place: Courtroom 1368<br><br>Proposed Continued Status Conference:<br>Date: July 16, 2026<br>Time: 10:30 a.m.<br>Place: Courtroom 1368 |

American Express National Bank ("Plaintiff") and Daniel Halevy ("Defendant," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

## Recitals

1. On March 18, 2024, Defendant filed his chapter 11 bankruptcy case.

2. On June 14, 2024, Plaintiff filed its complaint against Defendant, commencing this adversary proceeding.

3. The Parties have filed several stipulations requesting a continuance of the status

conference in this case, the most recent of which requested a continuance of the status conference to June 4, 2026.

4.      On February 12, 2026, in the above-captioned bankruptcy case of Daniel Halevy ("Debtor"), the Court entered an "Order After Continued Hearing On Order To Show Cause Whether Bankruptcy Cases Should Be Dismissed:  1) That Cause Is Not Shown; And 2) That Six Remaining Are Dismissed Effective July 3, 2026" which stated, in part, that the Debtor's bankruptcy case is dismissed effective July 3, 2026.

5.      In light of the fact that dismissal of the Debtor's case would make this adversary proceeding unnecessary, the Parties submit that a continuance of this status hearing to approximately July 16, 2026, will enable the Parties to determine whether, by that point, the case has been dismissed.

6.      For this reason, the Parties agree that the status conference should be continued until July 16, 2026, or a date thereafter which is acceptable to the Court.

### STIPULATION

For these reasons, the Parties hereby agree and stipulate, subject to Court approval, as follows:

1.      The status conference in the above-captioned adversary proceeding should be continued from June 4, 2026 at 10:30 a.m. July 16, 2026, at 10:30 a.m., or such other and further date as is convenient for the Court.

//

//

//

2.     The deadline for the Parties to submit a joint status report shall be 14 days before the continued status conference date.

3.     For such other and further relief as the Court deems just and proper.

IT IS SO STIPULATED.

Dated:  June 1, 2026          WINTERS LAW FIRM


By:   /s/ Dennis Winters
       Dennis Winters, Esq.
       Attorneys for Plaintiff American Express
       National Bank

Dated:  June 1, 2026          SAUL EWING LLP


By:   _____
       Steven F. Werth
       Attorneys for Defendant Daniel Halevy