Dennis Winters - CA Bar #89872
**Winters Law Firm**
23046 Avenida de la Carlota
Suite #600
Laguna Hills, CA 92653
Telephone: (714) 836-1381
Email: winterslawfirm@cs.com
Attorneys for American Express

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DANIEL HALEVY,<br><br>    Debtor and Debtor in Possession. | Bk. Case No. 2:24-bk-12075-VZ<br><br>Chapter 11<br><br>Adv. No. 2:24-ap-01155-VZ |
| AMERICAN EXPRESS NATIONAL BANK,<br><br>    Plaintiff,<br><br>     vs.<br><br>DANIEL HALEVY,<br><br>    Defendant. | **ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Current Status Conference:<br>Date:  June 4, 2026<br>Time: 10:30 a.m.<br>Place: Courtroom 1368<br><br>Proposed Continued Status Conference:<br>Date:  July 16, 2026<br>Time: 10:30 a.m.<br>Place: Courtroom 1368 |

The Court having reviewed and considered the *Stipulation to Continue Status Conference* ("Stipulation") filed by plaintiff and defendant in the above-captioned adversary proceeding, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. The status conference is continued from June 4, 2026 at 10:30 a.m. to July 16. 2026 10:30 a.m.

3. The parties must file a status report 14 days in advance of the status conference as required by Local Bankruptcy Rule 7016-1.

###