Dennis Winters - CA Bar #89872
**Winters Law Firm**
23046 Avenida de la Carlota
Suite #600
Laguna Hills, CA 92653
Telephone: (714) 836-1381
Email: winterslawfirm@cs.com
Attorneys for American Express National Bank

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re

DANIEL HALEVY,

    Debtor and Debtor in Possession.

AMERICAN EXPRESS NATIONAL BANK,

    Plaintiff,

vs.

DANIEL HALEVY,

    Defendant.

Bk. Case No. 2:24-bk-12075-VZ

Chapter 11

Adv. No. 2:24-ap-01155-VZ

**STIPULATION TO CONTINUE STATUS CONFERENCE**

Current Status Conference:
Date:  July 16, 2026
Time: 10:30 a.m.
Place: Courtroom 1368

Proposed Continued Status Conference:
Date:  August 27, 2026
Time: 10:30 a.m.
Place: Courtroom 1368

American Express National Bank ("Plaintiff") and Daniel Halevy ("Defendant," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

## Recitals

1.    On March 18, 2024, Defendant filed his chapter 11 bankruptcy case.

2.    On June 14, 2024, Plaintiff filed its complaint against Defendant, commencing this adversary proceeding.

3.     The Parties have filed several stipulations requesting a continuance of the status conference in this case, the most recent of which requested a continuance of the status conference to July 16, 2026.

4.     In light of recent rulings of the Court, and the fact that the Debtor has filed a motion proposing to settle certain claims which will, if granted, result in a mechanism for Plaintiff to receive payment on its claim, the Parties submit that a continuance of this status hearing to approximately August 27, 2026, will enable the Parties to determine whether, by that point, the case has been dismissed.

5.     For this reason, the Parties agree that the status conference should be continued until August 27, 2026, or a date thereafter which is acceptable to the Court.

## STIPULATION

For these reasons, the Parties hereby agree and stipulate, subject to Court approval, as follows:

1.     The status conference in the above-captioned adversary proceeding should be continued from July 16, 2026, at 10:30 a.m. to August 27, 2026, at 10:30 a.m., or such other and further date as is convenient for the Court.

2.     The deadline for the Parties to submit a joint status report shall be 14 days before the continued status conference date.

3.     For such other and further relief as the Court deems just and proper.

IT IS SO STIPULATED.

Dated:  July 6, 2026                    WINTERS LAW FIRM


By:   /s/ Dennis Winters
      Dennis Winters, Esq.
      Attorneys for Plaintiff American Express
      National Bank

Dated:   July 6, 2026                    SAUL EWING LLP


By:   _____
      Steven F. Werth
      Attorneys for Defendant Daniel Halevy

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 23046 Ave. de la Carlota, Laguna Hills, CA 92653

A true and correct copy of the foregoing document entitled (*specify*) **Stipulation to Continue** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1.  <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>July 6, 2026,</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

S. Werth -Def Atty-steven.werth@saul.com

☐    Service information continued on attached page

2.  <u>SERVED BY UNITED STATES MAIL</u>:
On (*date*) <u>July 6, 2026,</u> I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐    Service information continued on attached page

3.  <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u> (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>July 6, 2026,</u> I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 6, 2026 | Dennis Winters | | */s/Dennis Winters* |
|---|---|---|---|
| *Date* | *Printed Name* | | *Signature* |