Dennis Winters - CA Bar #89872
**Winters Law Firm**
23046 Avenida de la Carlota
Suite #600
Laguna Hills, CA 92653
Telephone: (714) 836-1381
Email: winterslawfirm@cs.com
Attorneys for American Express

FILED & ENTERED

JUL 10 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mohammad DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re  DANIEL HALEVY,<br><br>Debtor and Debtor in Possession. | Bk. Case No. 2:24-bk-12075-VZ<br>Chapter 11<br>Adv. No. 2:24-ap-01155-VZ |
| AMERICAN EXPRESS NATIONAL BANK,<br><br>Plaintiff,<br>vs.<br><br>DANIEL HALEVY,<br><br>Defendant. | **ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Current Status Conference:<br>Date:  July 16, 2026<br>Time: 10:30 a.m.<br><br>Continued Status Conference:<br>Date:  Aug 27, 2026<br>Time: 10:30 a.m.<br>Place: Courtroom 1368 |

The Court considered the *Stipulation to Continue Status Conference* ("Stipulation") filed, and good cause appearing, IT IS ORDERED that the Stipulation is approved, the status conference is continued to August 27, 2026 at 10:30 a.m., and the parties must file a status report 14 days in advance of the status conference **using the mandatory form posted on Judge Zurzolo's webpage at the ADVERSARY PROCEEDINGS tab.**

###

Date: July 10, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge