Dennis Winters - CA Bar #89872
**Winters Law Firm**
23046 Avenida de la Carlota
Suite #600
Laguna Hills, CA 92653
Telephone: (714) 836-1381
Email: winterslawfirm@cs.com
Attorneys for American Express National Bank

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>DANIEL HALEVY,<br><br>Debtor and Debtor in Possession. | Bk. Case No. 2:24-bk-12075-VZ<br><br>Chapter 11 |
| AMERICAN EXPRESS NATIONAL BANK,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL HALEVY,<br><br>Defendant. | Adv. No. 2:24-ap-01155-VZ<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br><u>Current Status Conference:</u><br>Date: July 16, 2026<br>Time: 10:30 a.m.<br>Place: Courtroom 1368<br><br><u>Proposed Continued Status Conference:</u><br>Date: August 27, 2026<br>Time: 10:30 a.m.<br>Place: Courtroom 1368 |

American Express National Bank ("Plaintiff") and Daniel Halevy ("Defendant," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

**<u>Recitals</u>**

1. On March 18, 2024, Defendant filed his chapter 11 bankruptcy case.

2. On June 14, 2024, Plaintiff filed its complaint against Defendant, commencing this adversary proceeding.

3. The Parties have filed several stipulations requesting a continuance of the status conference in this case, the most recent of which requested a continuance of the status conference to August 27, 2026.

4. At a hearing on August 13, 2026, this Court granted a motion filed by the Debtor and certain affiliates proposing to settle certain claims, which creates a mechanism for Plaintiff to receive payment on its claim.

5. While the Parties cannot be certain when the sales contemplated by that approved settlement will occur, nor the date by which Plaintiff can expect to receive payment on its claim thus making this adversary proceeding unnecessary, the Parties submit that because a Court-approved procedure now exists to enable this payment, continuing this adversary proceeding for a longer period of time than requested in previous extensions is appropriate.

6. The Parties submit that a continuance of this status hearing to approximately February 25, 2027, will give the Debtor time to meet the timelines of the Court-approved settlement, generate sale proceeds, and allow Debtor to pay Plaintiff's claim.

7. For this reason, the Parties agree that the status conference should be continued until February 25, 2027, or a date thereafter which is acceptable to the Court.

**STIPULATION**

For these reasons, the Parties hereby agree and stipulate, subject to Court approval, as follows:

1. The status conference in the above-captioned adversary proceeding should be continued from August 27, 2026, at 10:30 a.m. to February 25, 2026, at 10:30 a.m., or such other and further date as is convenient for the Court.

2. The deadline for the Parties to submit a joint status report shall be 14 days before the continued status conference date.

3. For such other and further relief as the Court deems just and proper.

IT IS SO STIPULATED.

Dated: August 20, 2026

WINTERS LAW FIRM

By: */s/ Dennis Winters*
Dennis Winters, Esq.
Attorneys for Plaintiff American Express National Bank

Dated: August 20, 2026

SAUL EWING LLP

By: [signature]
Steven F. Werth
Attorneys for Defendant Daniel Halevy