Dennis Winters - CA Bar #89872
**Winters Law Firm**
23046 Avenida de la Carlota
Suite #600
Laguna Hills, CA 92653
Telephone: (714) 836-1381
Email: winterslawfirm@cs.com
Attorneys for American Express

FILED & ENTERED

AUG 20 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY vandenst DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION**

In re

DANIEL HALEVY,

Debtor and Debtor in Possession.

AMERICAN EXPRESS NATIONAL BANK,

Plaintiff,

vs.

DANIEL HALEVY,

Defendant.

Bk. Case No. 2:24-bk-12075-VZ

Chapter 11

Adv. No. 2:24-ap-01155-VZ

**ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE**

Current Status Conference:
Date: Aug 27, 2026
Time: 10:30 a.m.
Place: Courtroom 1368

Proposed Continued Status Conference:
Date: February 25, 2027
Time: 10:30 a.m.
Place: Courtroom 1368, Roybal Federal Bldg
255 E. Temple St., Los Angeles, CA 90012

The Court considered the *Stipulation to Continue Status Conference* ("Stipulation," docket #47) filed by plaintiff and defendant in the above-captioned adversary proceeding.

Good cause appearing therefor, IT IS ORDERED:

1. The Stipulation is approved.

2. The status conference is continued from August 27, 2026 to February 25, 2027 at 10:30 a.m.

3. The parties must file a status report 14 days in advance of the status conference as required by Local Bankruptcy Rule 7016-1.

###

Date: August 20, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge