United States Bankruptcy Court

Central District of California

American Express National Bank,
Plaintiff

Adv. Proc. No. 24-01155-VZ

Halevy,
Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 20, 2026 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Daniel Halevy, 8561 Horner Street, Los Angeles, CA 90035-3614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| pla | + | Email/PDF: bncnotices@becket-lee.com | Aug 21 2026 02:49:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dennis C. Winters | on behalf of Plaintiff American Express National Bank winterslawfirm@cs.com |
| Ryan Coy | on behalf of Defendant Daniel Halevy ryan.coy@blankrome.com courtmail@blankrome.com |
| Steven Werth | on behalf of Defendant Daniel Halevy steven.werth@saul.com swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com |

Turner Falk
on behalf of Defendant Daniel Halevy turner.falk@saul.com tnfalk@recap.email

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
on behalf of Defendant Daniel Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
Bribiesca@saul.com

TOTAL: 6

Dennis Winters - CA Bar #89872
**Winters Law Firm**
23046 Avenida de la Carlota
Suite #600
Laguna Hills, CA 92653
Telephone: (714) 836-1381
Email: winterslawfirm@cs.com
Attorneys for American Express

FILED & ENTERED
AUG 20 2026
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY vandenst DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION**

In re

DANIEL HALEVY,

Debtor and Debtor in Possession.

Bk. Case No. 2:24-bk-12075-VZ

Chapter 11

AMERICAN EXPRESS NATIONAL BANK,

Plaintiff,

vs.

DANIEL HALEVY,

Defendant.

Adv. No. 2:24-ap-01155-VZ

**ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE**

Current Status Conference:
Date: Aug 27, 2026
Time: 10:30 a.m.
Place: Courtroom 1368

Proposed Continued Status Conference:
Date: February 25, 2027
Time: 10:30 a.m.
Place: Courtroom 1368, Roybal Federal Bldg
255 E. Temple St., Los Angeles, CA 90012

The Court considered the *Stipulation to Continue Status Conference* ("Stipulation," docket #47) filed by plaintiff and defendant in the above-captioned adversary proceeding.

Good cause appearing therefor, IT IS ORDERED:

1. The Stipulation is approved.

2. The status conference is continued from August 27, 2026 to February 25, 2027 at 10:30 a.m.

3. The parties must file a status report 14 days in advance of the status conference as required by Local Bankruptcy Rule 7016-1.

###

Date: August 20, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge